David Abrams, Attorney at Law
PO Box 3353 Church Street Station
New York, New York 10008
Tel. 212-897-5821 dnabrams@gmail.com

| | |
|---|---|
| United States District Court<br>District of Colorado<br>_____<br><br>United States of America ex rel.<br>TZAC Inc.,<br><br>              Plaintiff-Relator,<br><br>      - against -<br><br>DVCANVASS LLC;<br>DONORVOICE LLC;<br>GRASSROOTS TEAM LLC; and<br>PUBLIC OUTREACH<br>FUNDRAISING LLC,<br><br>              Defendants.<br>_____ | **TO BE FILED UNDER SEAL**<br><br><br><br><br><br><br><br>Index No.:<br><br>**CORPORATE DISCLOSURE** |

Plaintiff-Relator the Zionist Advocacy Center hereby states that it has no parent entities nor is there any publicly held entity which holds 10% or more of its stock.

                                          Respectfully submitted,

                                          _____

                                          David Abrams, Attorney at Law
                                           Attorney for Relator
                                          TZAC Inc.

                                          PO Box 3353 Church Street Station
                                          New York, NY 10008
                                          Tel. 212-897-5821
                                          Fax  212-897-5811

Dated: New York, NY
         August 19, 2022