IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02135-PAB-STV             **RESTRICTED CASE**

UNITED STATES ex rel. TZAC INC.

    Plaintiffs,

v.

DVCANVASS LLC,
DONORVOICE, LLC,
GRASSROOTS TEAM, LLC,
PUBLIC OUTREACH FUNDRAISING, LLC.

    Defendants.

---

### [PROPOSED] ORDER

---

The United States having declined to intervene in this action under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court hereby:

ORDERS that the parties shall serve all pleadings and motions filed in this action upon the United States, that the parties shall serve all notices of appeal upon the United States, and that all Orders of this Court shall be sent to the United States;

ORDERS that the United States may order any deposition transcripts in this action;

ORDERS that the United States may intervene in this action at a later date, for good cause; and

ORDERS that should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

1

DATED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE